STATE of Missouri, Respondent,

v.

Joseph MORGAN, Appellant.

No. 51481.

Missouri Court of Appeals,
Eastern District,
Division Six.

Jan. 27, 1987.

Holly G. Simons, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Byrona Kincanon, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Direct appeal from a conviction for assault, second degree, in violation of § 565.-060, RSMo Supp.1985, and assault, third degree, in violation of § 565.070, RSMo 1978.

Judgment affirmed. Rule 30.25(b).